# United States District Court
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| SPENCER PHILLIP YOUNG,<br><br>                      Plaintiff,<br>  v.<br><br>CITY OF SEATTLE,<br><br>                      Defendant. | **JUDGMENT IN A CIVIL CASE**<br><br>Case No. 2:20-cv-00979-BAT |

\_\_\_\_    **Jury Verdict**. This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

 X    **Decision by Court**. This action came to consideration before the Court. The issues have been considered and a decision has been rendered.

THE COURT HAS ORDERED THAT:

Defendant City's motion for judgment on the pleadings (Dkt.14) is **granted**; Plaintiff's **complaint is dismissed with prejudice**.

Dated this  16th  day of  November , 2020.

                                                    WILLIAM M. MCCOOL
                                                  Clerk of Court

                                                  s/ *Andy Quach*
                                                 Deputy Clerk